

FILED
January 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002338887

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:

Boung Sun Choe

    DEBTOR

CASE NO. 09-61855-B-13K
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

DECLARATION IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE : February 3, 2010
TIME : 01:00 PM
PLACE
    U.S. Courthouse
    1300 18th Street,
    Suite A
    Bakersfield, Ca 93301-

JUDGE: HON. W. Richard Lee

    Cindy Vinson, employee of Michael H. Meyer, Chapter 13 Standing Trustee, declares as follows:

1. If called as a witness in this matter, I would testify from personal knowledge to the following.

2. If the Motion for Order of Dismissal is sought upon the grounds of unreasonable delay that is prejudicial to creditors, that the unreasonable delay consists of failure of the debtor to take some action and is prejudicial to creditors in that no payments are being received by them by reason of such delay.

3. That if the Motion for Order of Dismissal is sought upon grounds of material default by the debtor with respect to the terms of a

1

confirmed plan (such as failure to make payments) that the debtor has defaulted thereunder and the default is material.

4. That if the Motion for Order of Dismissal is sought upon the grounds of failure to appear at a duly scheduled 341 meeting of creditors the debtor has failed to appear at a duly scheduled 341 meeting and such appearance was required.

5. That if the Motion for Order of Dismissal is sought upon the grounds of failure to make pre-confirmation required payments that there has been such a failure.

6. That with respect to any other grounds upon which the Motion for Order of Dismissal is sought, the debtor has, in fact, failed as regards the matters set forth therein.

7. The debtor is $**0.00 behind** with payments into the Plan. This does not include JANUARY 25, 2010 payment. The monthly plan payment is **$0 DUE TO NO PLAN HAS BEEN FILED.**

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on JANUARY 11, 2010 Fresno, California.

/s/ Cindy Vinson
Employee of
MICHAEL H. MEYER
CHAPTER 13 STANDING TRUSTEE