FILED
January 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D30

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Boung Sun Choe | **Case No :** | 09-61855 - B - 13 |
| | | **Date :** | 01/21/10 |
| | | **Time :** | 09:00 |

**Matter :** [14] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Statement of Social Security Number; Hearing to be held on 1/21/2010 at 09:00 AM at Bakersfield Hearing Location. Judge Whitney Rimel will preside over the hearing. (dmof)

**Judge :** Whitney Rimel
**Courtroom Deputy :** Gay Parker
**Reporter :** Linda Gorman
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

The matter is resolved without oral argument. The deficiency has been corrected. The Order to Show Cause is dismissed. The case will remain pending.

Dated:

Jan 22, 2010

_____
United States Bankruptcy Judge