FILED
February 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002388623

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Boung Sun Choe

DEBTOR

CASE NO. 09-61855-B-13K
DC NO.: MHM-2

CHAPTER 13 PROCEEDING

MOTION FOR ORDER OF DISMISSAL
PURSUANT TO 11 U.S.C. SECTION 1307

DATE : March 3, 2010
TIME : 01:00 PM

PLACE: U.S. Courthouse
1300 18th Street, Suite A
Bakersfield, Ca 93301-

JUDGE: HON. W. Richard Lee

**TO THE DEBTOR(S) AND THEIR ATTORNEY**:

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter13 Standing Trustee will move for an **ORDER OF DISMISSAL** of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

(1) The debtor is not eligible to be a debtor in Chapter 13 based on the following indebtedness.

1

| Unsecured Debt Limits | | |
|---|---|---|
| Total Schedule F Unsecured Non-Priority Creditors | $ | 415,986.00 |
| Total Schedule E Priority Creditors | $ | 60,101.09 |
| Total Unsecured Portion of Schedule D Secured Creditors | $ | - |
| Total Unsecured Debt | $ | 476,087.09 |
| Eligibility Unsecured Debt | $ | 336,900.00 |
| Over/Under Eligibility | $ | 139,187.09 |

DATED: FEBRUARY 1, 2010

/s/ MICHAEL H. MEYER
MICHAEL H. MEYER Chapter 13 Trustee

2